NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAMILLE M. CAESAR,**
*Petitioner,*

v.

**DEPARTMENT OF COMMERCE,**
*Respondent.*

---

2012-3125

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100394-I-1.

---

**ON MOTION**

---

**ORDER**

Camille M. Caesar moves without opposition for a 60-day extension of time, until November 20, 2012, to file her principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Hillary A. Stern, Esq.
     Edward H. Passman, Esq.

s27

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 4 2012

**JAN HORBALY**
**CLERK**